UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD YOUNG,

              Plaintiff,

v.

C.R. BARD, INC., BARD PERIPHERAL
VASCULAR, INC., AND McKESSON
CORPORATION

              Defendants.

Civil Action No. 1:20-CV-00382-WES-PAS

## STIPULATION TO DISMISS CLAIMS AGAINST McKESSON CORPORATION WITHOUT PREJUDICE

       Plaintiff Donald Young and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party to bear its own costs and fees.

DATED:  September 16, 2020

/s/ *Steven S. Schulte*
Steven S. Schulte
Texas Bar No. 24051306
(PHV forthcoming)
Fears Nachawati, PLLC
5473 Blair Road
Dallas, TX 75231
T 214.890.0711
F 214.890.0712
schulte@fnlawfirm.com

*Counsel for Plaintiff*

/s/ *Patrick T. Uiterwyk*
Patrick T. Uiterwyk (ct28119)
Nelson Mullins Riley & Scarborough, LLP
One Post Office Square, 30th Floor
Boston, MA 02109
T 617.217.4700
F 617.217.4710
patrick.uiterwyk@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc. and McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 16, 2020                    /s/ *Patrick T. Uiterwyk*
                                             Patrick T. Uiterwyk