UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DONALD YOUNG,<br><br>                     Plaintiff,<br>v.<br><br>C.R. BARD, INC., et al.,<br><br>                     Defendants. | Civil Action No. 1:20-CV-00382-WES-PAS |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P 41(a)(1)(A)(ii), the Plaintiff and Defendants jointly stipulate and agree that the action be dismissed, without prejudice, and with each side to bear their own costs.

Dated: March 26, 2021

/s/ *Steven S. Schulte*_____
Steven S. Schulte
Fears Nachawati PLLC
5473 Blair Road
Dallas, TX 75231
214-890-0711
schulte@fnlawfirm.com

Darren McDowell
Simon Eddins & Greenstone LLP
3232 McKinney Ave., Ste 610
Dallas, TX  75204

*Counsel for the Plaintiff*

/s/ *Patrick T. Uiterwyk* _____
Patrick T. Uiterwyk
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
617-217-4700
patrick.uiterwyk@nelsonmullins.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                     /s/ *Patrick T. Uiterwyk* _____
                                                       Patrick T. Uiterwyk